THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs, on the opinion of Mr. Justice Lewis at Special Term. [Reported in 120 Misc. Rep. 247.] Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

ANNIE BERGOFFEN, Appellant, v. HERMAN COHEN and Others, Respondents.— Motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

ISABELLE R. R. BROUARD, Appellant, v. BROUARD REALTY COMPANY, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. If the question now presented arose on a unanimous affirmance of judgment, after trial, we would be disposed to allow the appeal. We are of opinion that the facts should be ascertained at a trial. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

JACOB CHAIMOWITZ, Appellant, v. LENA SPORN, etc., and Another, Respondents.— Motion to open default granted, on condition that appellant place the case at the foot of the present calendar, file his brief on or before October 8, 1923, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

SAM COCCARO, Respondent, v. BROOKLYN CITY RAILROAD COMPANY, Defendant. MAX HELLER, Appellant.— Motion to dismiss appeal granted. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

HERMAN COHEN, Respondent, v. ANNIE BERGOFFEN and Others, Appellants.— Motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

ANNA J. DOWD, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

HARRY H. FRAZEE, Respondent, v. SAM S. & LEE SHUBERT, INCORPORATED, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ARTHUR K. BOURNE and Another, as Executors, etc., of FREDERICK G. BOURNE, Deceased.— Motion to resettle order denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.